No. 1133. PEOPLE, APPELLEE, *v.* ORDEN, APPELLANT.—Aggravated assault and battery. Ponce. February 24, 1917. *Judgment affirmed.*

No. 1129. PEOPLE, APPELLEE, *v.* DONES, APPELLANT.—Murder in the second degree. Guayama. March 7, 1917. *Judgment affirmed.*

No. 179. MARTÍNEZ, PETITIONER, *v.* CROSAS, DISTRICT JUDGE, RESPONDENT.—

No. 181. SUCCESSION OF RIVERA, PETITIONER, *v.* CUEVAS ZEQUEIRA, DISTRICT JUDGE, RESPONDENT.—

Certiorari. March 9, 1917. *Petitions denied.*

No. 1143. PEOPLE, APPELLEE, *v.* VÉLEZ, APPELLANT.—Pools. San Juan, Section 2. March 12, 1917. *Appeal withdrawn.*

No. 1126. MARÍN, APPELLANT, *v.* PEOPLE, APPELLEE.—Habeas corpus. March 13, 1917. *Appeal withdrawn.*